UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Case No. 8:09-cr-206-T-33MAP

v.

JOSEPH BALDWIN
_____/

**ORDER**

This matter comes before the Court pursuant to the Government's Request for Leave to Dismiss Indictment (Doc. # 60), which was filed on October 5, 2009.

The Government seeks to dismiss the Indictment (Doc. # 20) without prejudice as against Joseph Baldwin pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Government explains that "the Defendant, Joseph Baldwin, is being prosecuted by the State of Florida [in] Case No. 2009CF3250." (Doc. # 60 at 1). The Court finds it appropriate to grant the relief requested by the Government.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Government's Motion to Dismiss the Indictment as to Joseph Baldwin (Doc. # 60) is **GRANTED**.

-1-

(2) The Indictment (Doc. # 20) is dismissed without prejudice only as to Joseph Baldwin. The Indictment (Doc. # 20) remains in full force and affect as it pertains to the other defendants in this case.

**DONE** and **ORDERED** in chambers, in Tampa, Florida, this <u>6th</u> day of October, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:

All Counsel of Record